United States District Court
Southern District of Texas
**ENTERED**
April 16, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOHN T. PATRICK, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:19-CV-65 |
| | § | |
| JENNIFER HIRBST, *et al*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

The Court is in receipt of the Motion for Judgment on the Pleadings filed by Defendants Francisco Olvera, Philip Sifuentes, Jennifer Herbst[1] and Ray Guevara, Dkt. No. 74; Plaintiff's Motion to Transfer, Dkt. No. 77; Plaintiff's Motion for Preliminary Injunction, Dkt. No. 80; the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 82; and Plaintiff's objections to the M&R, Dkt. No. 85.

After independently reviewing the record and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 82, in substance.[2] The Court **DENIES** the following motions:

- Motion for Judgment on the Pleadings filed by Defendants Francisco Olvera, Philip Sifuentes, Jennifer Herbst and Ray Guevara , Dkt. No. 74;
- Plaintiff's Motion to Transfer, Dkt. No. 77; and
- Plaintiff's Motion for Preliminary Injunction, Dkt. No. 80.

SIGNED this 16th day of April 2021.



Hilda Tagle
Senior United States District Judge

---

[1] Plaintiff listed "Jennifer Hirbst" as a defendant in this case. Plaintiff has clarified that this defendant's last name is "Herbst." Dkt. No. 15.
[2] The Court alters and adopts the following statement (with the correction in bold type):
- "According to Plaintiff, every time he has filed a complaint or grievance against Capt. Herbst or anybody on **her** team, a disciplinary action is brought against Plaintiff within days." Dkt. No. 82 at 5.