United States District Court
Southern District of Texas
**ENTERED**
November 30, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOHN T. PATRICK, | § |
| Plaintiff, | § § § |
| VS. | §   CIVIL NO. 2:19-CV-65 |
| JENNIFER HIRBST, *et al*, | § § § |
| Defendants. | § |

## ORDER

The Court is in receipt of the motion for summary judgment filed by Defendants Francisco Olvera, Jennifer Herbst and Ray Guevera ("Defendants"), Dkt. No. 93; Plaintiff's Response, Dkt. No. 98; and the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 104. The deadline to object to the M&R has passed, and no objections have been filed.

After independently reviewing the record and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 104. Defendants' motion for summary judgment, Dkt. No. 93, is **DENIED WITHOUT PREJUDICE**.

SIGNED this 30th day of November 2021.

Hilda Tagle
Senior United States District Judge